

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-14-00283-CR

**IN RE** Martin **FELAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On April 24, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 6th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR2635, styled *The State of Texas v. Martin Felan*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.